# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY BROWN,<br><br>    Defendant. | Case No.: 2:18-cr-333<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>ANTHONY BROWN<br>(ID#) 01892124 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANTHONY BROWN** before the United States District Court at Las Vegas, Nevada, on or about Wed., OCT 31 2018, NJK, Courtroom 3C, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 24, 2018

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | District of Nevada<br>KEVIN D. SCHIFF |
| 3 | Assistant United States Attorney<br>501 Las Vegas Boulevard South |
| 4 | Suite 1100<br>Las Vegas, Nevada 89101<br>702-388-6336 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-333 |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| vs. | ) | ANTHONY BROWN |
| | ) | (ID#) 01892124 |
| ANTHONY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ANTHONY BROWN** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ANTHONY BROWN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ANTHONY BROWN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on _____Wed., OCT 3 1 2018_____, at the hour of 3:00 NJK, Courtroom 3C p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ANTHONY BROWN** before the United States District Court on or about _____Wed., OCT 3 1 2018_____, at the hour of 3:00 p.m., NJK, Courtroom 3C

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ANTHONY BROWN** before the United States District Court on or about _Wed., OCT 3 1 2018, NJK, Courtroom 3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 24th day of October, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

_____
KEVIN D. SCHIFF
Assistant United States Attorney