# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00333-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | ECF No. 24 |
| ANTHONY BROWN, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, May 13, 2019 at 9:30 a.m., be vacated and continued to July 8, 2019, at the hour of 9:30 a.m.

DATED this 1st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

3