UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:18-cr-000333-JAD-CWH |
|---|---|
| Plaintiff | |
| v. | **Order Denying Motion for Copies** |
| Anthony Brown, | [ECF No. 32] |
| Defendant | |

Defendant Anthony Brown pled guilty to being a felon in possession of a firearm and is serving a 63-month sentence. He did not appeal. Nevertheless, Brown moves this court to send him copies of his plea agreement and the transcript from his sentencing hearing because he "can't afford to pay."[1] Because the court does not provide free copies of documents in the docket, and fees must be paid for preparation of court-reporter transcripts, IT IS HEREBY ORDERED that Brown's Motion for Plea Agreement and Sentencing Transcripts **[ECF No. 32]** **is DENIED.**

Dated: July 21, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 32.