# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY BROWN,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00333-JAD-CWH<br><br>**ORDER**<br><br><br>**ECF No. 50** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 27, 2023 at 3:00 p.m., be vacated and continued to March 25, 2024, at 11:00 a.m.

　　　DATED this 15th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE